UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Brian F. O'Malley, Esquire   (BFO'M 9802)
44 Princeton Avenue
Brick Township, N.J. 08724
(732) 262-5300
momalley14@aol.com
Attorney for the Debtor

**Order Filed on July 15, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Donald T. Force.

Debtor.

Case No.:   13-38141

Chapter:   13

Judge:   Kathryn C. Ferguson

**ORDER AUTHORIZING RETENTION OF**

REMAX at the Shore Realty

The relief set forth on the following page is **ORDERED**.

**DATED: July 15, 2016**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain  REMAX at the Shore Realty
as  Selling Realtor , it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is:  6011 New Jersey Avenue
   Wildwood Crest, N.J. 08260

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☒ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*