UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Brian F. O'Malley, Esquire    (9802)
44 Princeton Avenue
Brick Township, N.J. 08724
(7332) 262-5300

Attorney for the Debtor

In Re:

Donald T. Force,

        Debtor.

Order Filed on July 14, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:        13-38141
Hearing Date:    06/22/16
Chapter:         13
Judge:           Kathryn C. Ferguson

## ORDER AUTHORIZING
## SALE OF REAL PROPERTY

| Recommended Local Form: | ☒ Followed | ☐ Modified |

The relief set forth on the following pages numbered two (2) and three (3) is **ORDERED**.

**DATED: July 14, 2016**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Dated:

After review of the Debtor's motion for authorization to sell the real property commonly known as ___317 East 24th Street, Unit E-2, North Wildwood, N.J.___, New Jersey (the Real Property).

**IT IS** hereby **ORDERED** as follows:

1. The Debtor is authorized to sell the Real Property on the terms and conditions of the contract of sale pursuant to 11 U.S.C. §§ 363(b) and 1303.

2. The proceeds of sale must be used to satisfy the liens on the real property unless the liens are otherwise avoided by court order. Until such satisfaction the real property is not free and clear of liens.

3. ☐ In accordance with D.N.J. LBR 6004-5, the *Notice of Proposed Private Sale* included a request to pay the real estate broker and/or debtor's real estate attorney at closing. Therefore the following professional(s) may be paid at closing.

| Name of professional: | REMAX at the Shore Realty | Weichert Realtoors Coastal |
|---|---|---|
| Amount to be paid: | $8,750.00 | $8,750.00 |
| Services rendered: | Listing real estate agency and selling real estate agency | |

OR: ☒ Sufficient funds may be held in escrow by the Debtor's attorney to pay real estate broker's commissions and attorney's fees for the Debtor's attorneys on further order of this court.

4. Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

5. The amount of $ __11,487.50__ claimed as exempt may be paid to the Debtor.

6. The ☐ *balance of proceeds* or the ☒ *balance due on the debtor's Chapter 13 Plan* must be paid to the Chapter 13 Trustee in the Debtor's case.

7. A copy of the HUD settlement statement must be forwarded to the Chapter 13 Trustee 7 days after closing.

8. ☒ The debtor must file a modified Chapter 13 Plan not later than 21 days after the date of this order.

9. Other provisions:

*rev.8/1/15*

3

United States Bankruptcy Court
District of New Jersey

In re:  
Donald T. Force  
    Debtor

Case No. 13-38141-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Jul 14, 2016  
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2016.
db        +Donald T. Force,    435 18th Avenue,    Brick, NJ 08724-2649

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2016                                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2016 at the address(es) listed below:
        Albert  Russo   docs@russotrustee.com  
         Albert  Russo (NA)   on behalf of Trustee Albert  Russo docs@russotrustee.com  
         Brian F. O'Malley   on behalf of Debtor Donald T. Force momalley14@aol.com  
         Joshua I. Goldman   on behalf of Creditor   United States of America jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
                                                                                                             TOTAL: 4