UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Brian F. O'Malley, Esquire   (BFO'M 9802)
44 Princeton Avenue
Brick Township, N.J. 08724
(732) 262-5300
momalley14@aol.com
Attorney for the Debtor

Order Filed on July 15, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Donald T. Force.

Debtor.

Case No.: 13-38141

Chapter: 13

Judge: Kathryn C. Ferguson

## ORDER AUTHORIZING RETENTION OF

Weichert Realty Coastal

The relief set forth on the following page is **ORDERED**.

**DATED: July 15, 2016**

Honorable Kathryn C. Ferguson

Upon the applicant's request for authorization to retain _____Weichert Realty Coastal_____
as _____Listing Realtor_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.
   The professional's address is: 3300 Pacific Avenue
   Wildwood, N.J. 08260

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☒ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

2

```
                        United States Bankruptcy Court
                             District of New Jersey
```

In re:                                                                   Case No. 13-38141-KCF
Donald T. Force                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Jul 15, 2016
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2016.
db             +Donald T. Force,    435 18th Avenue,    Brick, NJ 08724-2649

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2016                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2016 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Brian F. O'Malley    on behalf of Debtor Donald T. Force momalley14@aol.com
              Joshua I. Goldman    on behalf of Creditor    United States of America jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
                                                                                             TOTAL: 4