UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Brian F. O'Malley, Esquire   (BFO'M 9802)
44 Princeton Avenue
Brick Township, N.J. 08724
(732) 262-5300
momalley14@aol.com
Attorney for the Debtor

Order Filed on July 15, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Donald T. Force.

Debtor.

Case No.:  13-38141

Chapter:  13

Judge:  Kathryn C. Ferguson

### ORDER AUTHORIZING RETENTION OF

REMAX at the Shore Realty

The relief set forth on the following page is **ORDERED**.

**DATED: July 15, 2016**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain _____REMAX at the Shore Realty_____
as _____Selling Realtor_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is:  6011 New Jersey Avenue
   Wildwood Crest, N.J. 08260

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted   ☐ Denied.

   ☒ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Donald T. Force  
      Debtor

Case No. 13-38141-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Jul 15, 2016  
                      Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2016.  
db           +Donald T. Force,   435 18th Avenue,   Brick, NJ 08724-2649

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2016                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2016 at the address(es) listed below:  
         Albert   Russo    docs@russotrustee.com  
         Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com  
         Brian F. O'Malley    on behalf of Debtor Donald T. Force momalley14@aol.com  
         Joshua I. Goldman    on behalf of Creditor   United States of America jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
                                                                                                  TOTAL: 4