Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 13–38141–KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Donald T. Force
435 18th Avenue
Brick, NJ 08724

Social Security No.:
xxx–xx–2052

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on May 28, 2014.

On 08/29/2016 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Kathryn C. Ferguson on:

Date:             September 28, 2016
Time:             10:00 AM
Location:         Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: August 30, 2016
JJW: jey

James J. Waldron
Clerk

```
                              United States Bankruptcy Court
                                    District of New Jersey
In re:                                                                  Case No. 13-38141-KCF
Donald T. Force                                                         Chapter 13
        Debtor
                                        CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                   Page 1 of 1                  Date Rcvd: Aug 30, 2016
                              Form ID: 185                  Total Noticed: 14


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 01, 2016.
db             +Donald T. Force,    435 18th Avenue,    Brick, NJ 08724-2649
r              +REMAX at the Shore Realty,     6011 New Jersey Avenue,    Wildwood Crest, NJ 08260-1347
r              +Weichert Realty Coastal,     3300 Pacific Avenue,    Wildwood, NJ 08260-4824
514995042       ECMC,   PO Box 16408,    St. Paul, MN 55116-0408
514995043       ECMC,   PO Box 16408,    St. Paul, MN 55116-0408,     ECMC,   PO Box 16408,
                 St. Paul, MN 55116-0408
514450611      +Gary W.Stultrager, Esquire,    1045 Cooper Street,     Woodbury, NJ 08096-3033
514450612      +PHEAA,    1200 North Seventh Street,    Harrisburg, PA 17102-1444
514537369      +PHEAA,    PO BOX 8147,    HARRISBURG PA 17105-8147
514450613      +Sharon R.Mark, Esquire,    855 Summit Avenue,    Jersey City, NJ 07307-3835
514450614     #+Shirley Force,    421 77th Street,    North Bergen, NJ 07047-5505
514469595       Toyota Motor Credit Corporation (TMCC),     PO BOX 8026,    Cedar Rapids, Iowa 52408-8026
514875193       U.S. Department of Justice,    Nationwide Central Intake Facility,     P.O. Box 790363,
                 St. Louis, Missouri 63179-0363

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 30 2016 23:25:08      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 30 2016 23:25:05      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
514450615*     +Shirley Force,    421 77th Street,    North Bergen, NJ 07047-5505
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 30, 2016 at the address(es) listed below:
```
              Albert   Russo    docs@russotrustee.com
              Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Brian F. O'Malley    on behalf of Debtor Donald T. Force momalley14@aol.com
              Joshua I. Goldman    on behalf of Creditor    United States of America jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
                                                                                              TOTAL: 4
```