UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

ABELSON & TRUESDALE
80 W Main St.
Freehold, NJ 07728
(732) 462-4773
By: Steven J. Abelson (SA 7987)
Attorney for Debtor(s)

Order Filed on June 28, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

DONALD FORCE

| | |
|---|---|
| Case No.: | 13-38141 |
| Hearing Date: | 6/27/2018 |
| Judge: | KCF |
| Chapter: | 13 |

Recommended Local Form:   ☒ Followed   ☐ Modified

## ORDER REOPENING CASE

The relief set forth on the following page is **ORDERED**.

**DATED: June 28, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Upon the motion of _____Debtors_____, and for good cause shown, it is

ORDERED as follows:

1. This case is reopened.

2. ☐ A Trustee shall be appointed.

   ☒ A Trustee shall not be appointed.

3. ☐ The case shall be immediately reclosed.

   ☐ The case shall be closed within _____ days.

   ☒ The case shall be reviewed within __60__ days for closing eligibility.

The successful party shall serve this Order on the debtor, any trustee and all parties who entered an appearance on this motion.

*rev.8/1/15*