UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

ABELSON & TRUESDALE, LLC
By: Steven J. Abelson, Esq.
ID #SA 7987
80 West Main Street
P.O. Box 7005
Freehold, New Jersey 07728
(732) 462-4773

Attorney for Debtor

Order Filed on August 24, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

DONALT T. FORCE

Case No.: 13-38141
Adv. No.:

Hearing Date: 8/22/18

Judge: Hon. KATHRYN C. FERGUSON

**ORDER ENFORCING TERMS OF
CONFIRMED CHAPTER 13 PLAN**

- The relief set forth on the following pages, numbered two (2) through (2) is hereby **ORDERED**.

**DATED: August 24, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**CAPTION OF ORDER:**

**ORDER ENFORCING TERMS OF
CONFIRMED CHAPTER 13 PLAN**

**CASE NO**: 13-38141

**DATE OF HEARING**: 8/22/18

**JUDGE**: HON. KATHRYN C. FERGUSON

---

This matter having been opened to the Court by Abelson & Truesdale, LLC (Steven J. Abelson, Esq. appearing). as attorney for the Debtors, with notice having been given to the Creditor ECMC and for good cause shown:

It is hereby:

**ORDERED** as follows:

1) Creditor ECMC shall consistent with the terms of the Confirmed and Completed Chapter 13 Plan immediately cease all collection actions against the Debtor.

2) Creditor ECMC shall immediately adjust its records to reflect the full satisfaction of the outstanding loan to Debtor under Borrower ID # 8714089 and provide a Collection Transaction History Report showing a zero balance to Debtor and Counsel within thirty (30) days.

3) Any further collection on the above loan shall be subject to Discharge Injunction and Debtor's rights under 11 U.S.C. § 524