| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>ABELSON & TRUESDALE, LLC<br>By: Steven J. Abelson, Esq.<br>ID #SA 7987<br>80 West Main Street<br>P.O. Box 7005<br>Freehold, New Jersey 07728<br>(732) 462-4773<br><br>Attorney for Debtor | **Order Filed on August 24, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>DONALT T. FORCE | Case No.: 13-38141<br>Adv. No.:<br><br>Hearing Date: 8/22/18<br><br>Judge: Hon. KATHRYN C. FERGUSON |

## ORDER ENFORCING TERMS OF
## CONFIRMED CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through (2) is hereby **ORDERED**.

**DATED: August 24, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**CAPTION OF ORDER:**

**ORDER ENFORCING TERMS OF
CONFIRMED CHAPTER 13 PLAN**

**CASE NO**: 13-38141

**DATE OF HEARING**: 8/22/18

**JUDGE**: HON. KATHRYN C. FERGUSON

---

This matter having been opened to the Court by Abelson & Truesdale, LLC (Steven J. Abelson, Esq. appearing). as attorney for the Debtors, with notice having been given to the Creditor ECMC and for good cause shown:

It is hereby:

**ORDERED** as follows:

1) Creditor ECMC shall consistent with the terms of the Confirmed and Completed Chapter 13 Plan immediately cease all collection actions against the Debtor.

2) Creditor ECMC shall immediately adjust its records to reflect the full satisfaction of the outstanding loan to Debtor under Borrower ID # 8714089 and provide a Collection Transaction History Report showing a zero balance to Debtor and Counsel within thirty (30) days.

3) Any further collection on the above loan shall be subject to Discharge Injunction and Debtor's rights under 11 U.S.C. § 524

United States Bankruptcy Court
District of New Jersey

In re:  
Donald T. Force  
       Debtor

Case No. 13-38141-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Aug 24, 2018  
                 Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2018.  
db          +Donald T. Force,    435 18th Avenue,    Brick, NJ 08724-2649

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2018                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2018 at the address(es) listed below:
        Albert Russo    docs@russotrustee.com  
        Albert Russo (NA)    on behalf of Trustee Albert Russo docs@russotrustee.com  
        Brian F. O'Malley    on behalf of Debtor Donald T. Force momalley14@aol.com  
        Denise E. Carlon    on behalf of Creditor    United States of America dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Joshua I. Goldman    on behalf of Creditor    United States of America jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Steven J. Abelson    on behalf of Debtor Donald T. Force sjaesq@atrbklaw.com, atrbk1@gmail.com;r49787@notify.bestcase.com  
                                                                                  TOTAL: 6